Christopher J. Fry (SBN: 298874)
cfry@frylawcorp.com
**FRY LAW CORPORATION**
4227 Sunrise Boulevard, Suite 200
Fair Oaks, California  95628
Telephone: (916) 291-0700
Facsimile: (916) 848-0256

*Attorney for Plaintiff*
*Artificial Intelligence*
*Industry Association, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CERES AI, INC., <br><br> Defendant. | Case No. 3:25-cv-07924-PHK <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

## Joint Stipulation of Dismissal with Prejudice

Plaintiff Artificial Intelligence Industry Association ("AIIA") and Defendant Ceres AI, Inc. ("Ceres") (collectively, "the Parties") respectfully submit this following Joint Stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(ii):

WHEREAS, AIIA previously asserted claims in its initial Complaint against Ceres for patent infringement of U.S. Patent No. 10,075,693; U.S. Patent No. 9,930,315; and U.S. Patent No. 11,257,272;

WHEREAS, AIIA's First Amended Complaint against Ceres asserts claims for patent infringement of U.S. Patent No. 10,075,693;

WHEREAS, Ceres has not responded to either complaint and has not asserted any counterclaims in this action;

NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate and agree that all claims AIIA has asserted against Ceres for patent infringement of U.S. Patent Nos. 10,075,693, 9,930,315, and 11,257,272 are dismissed with prejudice, and will be deemed to have been dismissed with prejudice.

Each party shall bear its own attorneys' fees and costs.

SO STIPULATED.

Dated: December 29, 2025                                   Respectfully submitted,

*/s/ Christopher J. Fry*                                           */s/ Thomas J. Pardini*

**FRY LAW CORPORATION**                              **GISH PLLC**
Christopher J. Fry (SBN: 298874)                         Thomas J. Pardini (CA SBN 313401)
cfry@frylawcorp.com                                            50 California Street, Suite 1500
4227 Sunrise Boulevard, Suite 200                        San Francisco, CA 94111
Fair Oaks, California 95628                                   tom.pardini@gishpllc.com
Telephone: (916) 291-0700                                    Telephone: (415) 630-7300
Facsimile: (916) 848-0256

*Attorney for Plaintiff*                                             Andrew W. Gish (NY SBN 4918454)
*Artificial Intelligence*                                              41 Madison Avenue, Floor 31
*Industry Association, Inc.*                                       New York, NY 10010

*Attorneys for Defendant*
*Ceres AI, Inc.*

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)

In accordance with Civil L.R. 5-1(i)(3), I attest that each of the other signatories have concurred in the filing of this document.

*/s/ Christopher J. Fry*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 29, 2025, I caused a copy of the foregoing document to be filed with the Clerk of the Court using CM/ECF which will send notification of such filing to all counsel of record.

*/s/ Christopher J. Fry*